# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Frederick Osborne | : |
| Plaintiff, | : Case No. 2:16-cv-00701 |
| vs | : Judge Marbley |
| Wal-Mart Real Estate Business, et al., | : Magistrate Judge: Kemp |
| Defendants. | : |

## ~~PROPOSED~~ ENTRY GRANTING DEFENDANT WAL-MART'S MOTION FOR LEAVE TO FILE LEAHA LINDSEY'S AFFIDAVIT UNDER SEAL

Upon Motion, and for good cause shown, Wal-Mart's Motion for Leave to File Leaha Lindsey's Affidavit under Seal is hereby **GRANTED.** Wal-Mart shall file under seal its Leaha Lindsey's Affidavit, designated as confidential pursuant to the protective order in anticipation of the discovery conference scheduled for June 7, 2017.

**IT IS SO ORDERED.**

/s/ Terence P. Kemp
~~Judge Marbley/Magistrate Judge Kemp~~
United States Magistrate Judge

Copies to all counsel of record.